UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AUNT BERTHA,**

   Plaintiff,

v.   No. 4:24-cv-00798-P

**NATIONAL LABOR RELATIONS BOARD ET AL.,**

   Defendants.

## ORDER

Having reviewed this case, the matters before the Court appear to be purely legal. Therefore, the Court is inclined to administratively close this case pending Defendant's interlocutory appeal of the Court's order granting an injunction. The Parties shall notify the Court **on or before September 24, 2024**, if they have any objection to the case being administratively closed pending appeal.

**SO ORDERED** on this **17th day** of **Septemeber 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE