IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AUNT BERTHA, a public benefit corporation and doing business as FINDHELP,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. MCFERRAN, in her official capacity as the Chairperson of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in their official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>Defendants. | Civil Action No. 4:24-CV-00798-P |

**NLRB'S UNOPPOSED MOTION FOR A STAY OF BRIEFING IN LIGHT OF THE UNITED STATES GOVERNMENT SHUTDOWN**

Defendants National Labor Relations Board, *et al.* (collectively, "NLRB"), by and through undersigned counsel, respectfully move for a stay of all further deadlines, including any deadline for submitting a second joint status report, until 30 days after the end of the funding lapse that has caused the shutdown of the United States Government. In support of this motion, the NLRB states as follows:

1

1. On September 25, 2024, this Court stayed the instant proceeding pending the resolution of the then-ongoing interlocutory appeal. [Doc. 34].

2. On August 19, 2025, the United States Court of Appeals for the Fifth Circuit issued its opinion in *Space Exploration Technologies Corp. v. NLRB*, No. 24-50627, 2025 WL 2396748 (5th Cir. Aug. 19, 2025), in which it affirmed this Court's issuance of a preliminary injunction against an ongoing unfair-labor-practice proceeding involving Plaintiff.

3. On September 2, 2025, the parties filed a Joint Status Report pursuant to this Court's September 25, 2024 order. [Doc. 38]. Therein, the parties requested that the instant case remain stayed during the pendency of proceedings in the Court of Appeals and suggest that they be permitted to submit an additional joint status report twenty-one (21) days after appellate proceedings conclude (including issuance of mandate).

4. On October 1, 2025, the United States Government shut down due to an appropriations lapse.

5. On October 10, mandate issued in *SpaceX*. Thus, consistent with the request made in the parties' September 2 Joint Status Report, the parties had intended to file a second joint status report by October 31, 2025.

6. The NLRB attorneys responsible for the case, along with essentially all the Board's attorneys and other employees, are currently furloughed indefinitely, as part of the shutdown of the United States Government due to a lack of appropriated funds. Those attorneys are prohibited from working until they are recalled from furlough. *See* 31 U.S.C. § 1342.

7. If this Motion for a Stay is granted, undersigned counsel will notify the Court as soon as possible when the United States Government has appropriated funds for the NLRB.

8. On October 16, counsel for the NLRB solicited the position of Plaintiff's counsel on this motion. Plaintiff does not oppose this motion.

          NATIONAL LABOR RELATIONS BOARD
          *Contempt, Compliance, and*
           *Special Litigation Branch*

          Kevin P. Flanagan
          *Deputy Assistant General Counsel*

          */s/ Grace L. Pezzella*
          Grace L. Pezzella
          *Attorney*
          MA Bar No. 709601 – *pro hac vice*
          1015 Half Street, S.E. - 4th Floor
          Washington, DC 20003
          Telephone: (202) 273-0247
          Email: grace.pezzella@nlrb.gov

          **ATTORNEYS FOR DEFENDANTS**

Dated: October 17, 2025.